# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED VICARIO,<br><br>                             Petitioner,<br><br>    vs.<br><br>UNKNOWN,<br><br>                            Respondent. | Civil No.   10cv1752-JLS (JMA)<br><br>**ORDER:**<br><br>**(1) DENYING MOTION FOR APPOINTMENT OF COUNSEL; AND**<br><br>**(2) DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a state prisoner proceeding pro se, has submitted a document titled "Motion for Appointment of Counsel for State Habeas Proceedings," which has been docketed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.

      Petitioner has not filed a Petition for a writ of habeas corpus in this action. Therefore, unless Petitioner is a capital prisoner, he has not initiated habeas proceedings in this Court. Calderon (Nicolaus) v. United States District Court, 98 F.3d 1102, 1107 n. 3 (9th Cir. 1996) ("Unlike non-capital prisoner who initiate habeas proceedings by filing a petition for a writ of habeas corpus, capital prisoners commence federal habeas proceedings by filing a request for appointment of counsel."); McFarland v. Scott, 512 U.S. 849 (1994).

      Petitioner does not contend that he is a capital prisoner, that is, a prisoner under sentence of death, and there is nothing in the documents he has submitted which indicates that he is a

1  capital prisoner.  If Petitioner wishes to proceed with a habeas action in this Court he must (as
2  is the case with all non-capital prisoners) file a petition for a writ of habeas corpus, which will
3  be given a separate civil case number.  However, if Petitioner is in fact a capital prisoner, he may
4  request the Court to re-open this action in order to permit him to file a Petition under the civil
5  case number assigned to this action.

6  Petitioner's Motion for Appointment of Counsel is **DENIED** without prejudice to
7  Petitioner to renew his motion if he initiates habeas proceedings in this Court.

### **CONCLUSION AND ORDER**

9  This action is **DISMISSED** without prejudice because Petitioner has not filed a Petition
10 and has therefore failed to initiate federal habeas proceedings in this action.  The Motion for
11 Appointment of Counsel is **DENIED** without prejudice.  If Petitioner is a capital prisoner he
12 may request to have this case reopened.  The Clerk of Court shall send Petitioner a blank
13 Southern District of California habeas petition form along with a copy of this Order.

14 **IT IS SO ORDERED.**

16 **DATED: August 26, 2010**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**